MCGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
**Jan 29, 2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>AN APPLE IPHONE X, IMEI #357209096651316, CURRENTLY LOCATED AT THE FEDERAL BUREAU OF INVESTIGATION REDDING RESIDENT AGENCY, 1900 CHURN CREEK ROAD, SUITE 201, REDDING, CA 96002 | ORDER TO UN-SEAL SEARCH WARRANT;<br><br>2:20-SW-0635-AC |

### ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: January 29, 2021

*/s/ Carolyn K. Delaney/*
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL